AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>Larry Arthur King<br><br>*Defendant(s)* | Case No.<br>2:22-mj-00064 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 19, 2022** in the county of **Kanawha** in the **Southern** District of **West Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Methamphetamine |

This criminal complaint is based on these facts:

On May 19, 2022, near the intersection of U.S. Route 119 and Parkway Road in Charleston, West Virginia, within the Southern District of West Virginia, defendant Larry Arthur King possessed a black backpack containing approximately 690 grams of a substance that field tested positive for methamphetamine, a schedule II controlled substance. Based on my training and experience, this quantity of methamphetamine is consistent with an intent to distribute.

☐ Continued on the attached sheet.

*Complainant's signature*

SA Anthony N. Brumfield, DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 05/20/2022

*Judge's signature*

City and state: Charleston, West Virginia — Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*